IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

_Michael Warren_ #1182015
(Full Name)                    (Register No.)

                    Plaintiff(s).

                              15 - 3332 - CV - S - BP - P

                              No. _____

_Ron Long_
_Pulaski County Sheriffs Office_
(Full Name)
_Officers Bryan, Ellot, Barbrant_

                    Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I.     Place of present confinement of plaintiff(s): _Ozark Correctional Center_
_929 Honor Camp Lane, Fordland, Mo 65652_

II.    Parties to this civil action:

Please give your commitment name and any other name(s) you have used while
incarcerated.

    A.    Plaintiff: _Michael Warren_     Register No. _#1182015_
        Address: _929 Honor Camp Lane, Fordland, Mo 65652._

    B.    Defendant _Pulaski County Sheriffs Department / Jail Division_
        (_Ron Long_)
        is employed as _Pulaski County Sheriff_
        at _301 Route bb #136 Waynesville, MO. 65583_

For additional plaintiffs or defendants, provide above information in same format on a
separate page.

5/96

III. Do your claims involve medical treatment?   Yes ✗   No ___

IV. Do you request a jury trial?   Yes ✗   No ___

V. Do you request money damages?   Yes ✗   No ___

State the amount claimed.   $ _15.000_ / _25.000_ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes ___   No ✗

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?

Yes ✗   No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ✗   No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_Plaintiff Filed a grievance while Incarcerated At the Polock)_
_County Jail, on 3-22-15o Yet Plaintiff's Grievance was_
_Never Responded to, Plaintiff was told the Sheriff would Handle_

D. If you have not filed a grievance, state the reasons.

_____

_____

_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ___   No ✗

B. Have you begun other cases in state or federal courts relating to the conditions of or your treatment while in confinement?   Yes ___   No ✗

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: _____

(Plaintiff)   (v.)   (Defendant)

(2) Date filed: _____

(3) Court where filed: _____

(4) Case number and citation: _____

5/96   4

(5)     Basic claim made: _____

                       _____

(6)     Date of disposition: _____

(7)     Disposition: _____

                     [(pending) (on appeal) (resolved)]

(8)     If resolved, state whether for: _____

               [(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX.     Statement of claim:

      A.     State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On or about 3-82-15 Plaintiff was placed into Confinement at The Polk/Ste County Jail. Upon Being Placed in his Cell An altercation happened with another offender (Jedediah Jennings) at That Time Deputy, Elliot told me to get my things and she moved me To Another POD. On or about 3-81-15 I was at Rec and had a medical Emergency. When Ms. Barhardt (deputy) took me out of Rec to take me up Front To wait on the Ems. All the Cells On the Dayroom she took Plaintiff Through were open. There was a no-Contact order placed on See Exhibit A-IX A.

      B.     State briefly your legal theory or cite appropriate authority:

The Rights Regarding offenders safety is clearly provided in The Rules and regulations surrounding Jails and Jailers. The Plaintiff was placed in harms way By the Officers misconduct.

Case 6:15-cv-03332-BP    Document 1    Filed 07/13/15    Page 3 of 6

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

*Plaintiff wants the Court to find The ??????? County Sheriff and the Officers were Neglegent in Their Job duties. As a Result caused physical Harm To Be done To Plater*

XI. Counsel:

A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____

B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?          Yes ___          No ✗

If so, state the name(s) and address(es) of each lawyer contacted.

_____

_____

If not, state your reasons.

*Cannot afford Legal Counsel*

C.  Have you previously had a lawyer representing you in a civil action in this court?

Yes ___          No ✓

If so, state the lawyer's name and address:

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this _3_ day of _July_, 20_15_

*Michael Warren*

(Signature(s) of Plaintiff(s))

5/96                                        6

Mr. Jeremiah Jennings And the Plaintiff. However Deputy Burbandt walked Plaintiff through The Dayroom where Jennings was not secured First. As the Plaintiff was being escorted By Deputy Burbandt The Plaintiff was Attacked by offenders (Jeremiah Jennings) And another offender By the name of Dominic which Threw a cup of liquid in Plaintiff's Face and Eyes to Start The Attack. Deputy Burbant sprays mace on All offenders To try and Stop the Attack however that Fails. Then shortly later The Attack stops And Plaintiff was placed In A cell by himself. The Plaintiff Filed A statement Regarding the Fight.

As Well as A grievance for the Jailers Not Following Proper Procedure for Protocol on No-Contact offenders.

Michele Warren 1183703
Ozark Corr. Center
1299 Hoover Camp Lane
Fordland, Mo. 65652

Clerk's Office
United States District Court
Western District of Missouri
Kansas City, Mo. 64106

Legal Mail



